An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

NICOLE ST. PEARRE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66793

**FILED**

DEC 0 8 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from "sentencing" which we conclude is an appeal from the judgment of conviction entered pursuant to a guilty plea of obtaining money by false pretenses. First Judicial District Court, Carson City; James Todd Russell, Judge.

The notice of appeal was filed on October 23, 2014, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b)(1)(A). We lack jurisdiction to consider this appeal, *see Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), therefore we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

14-39895

cc: Hon. James Todd Russell, District Judge
Joey Gilbert & Associates, Ltd.
Attorney General/Carson City
Carson City District Attorney
Carson City Clerk
Nicole St. Pearre